No. 00–1927. ODEN *v.* OKTIBBEHA COUNTY, MISSISSIPPI, ET AL.; and

No. 01–255.  BRYAN, SHERIFF OF OKTIBBEHA COUNTY v. ODEN. C. A. 5th Cir.  Certiorari denied.  Reported below: 246 F. 3d 458.